BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-00379 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| ) | |
| GUILLERMO DIAZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant GUILLERMO DIAZ, by and through his attorney, ANN VORIS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    The parties to the above-captioned matter agree to vacate the current motion in limine briefing schedule and agree that any motions in limine will now be due on June 30 and any response thereto will be due on July 8.  This new briefing schedule would not affect the trial confirmation date.

1

```
DATED: June 3, 2011                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney


                                        /s/ Ann Voris
                                        ANN VORIS
                                        Attorney for Defendant
                                        GUILLERMO DIAZ
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current motion in limine briefing schedule is vacated. Any motions in limine will now be due on June 30 and any response thereto will be due on July 8.

IT IS SO ORDERED.

Dated:  _____June 3, 2011_____           _____
                                         CHIEF UNITED STATES DISTRICT JUDGE